RAE RANZAL, Appellant, *v.* CHARLES C. HOOD et al., Respondents, Impleaded with Others.

Submitted March 7, 1938; decided April 12, 1938.

*Meyer Kraushaar* for appellant.

*Leslie Kirsch, Joseph Glass* and *Emanuel Linhardt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.